NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MAINSTREET CAPITAL HOLDINGS,　)
LLC,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　　Case No. 2D18-1140
　　　　　　　　　　　　　　　　　)
DEBARTOLO DEVELOPMENT, LLC, a )
Delaware limited liability company, 　)
EDWARD M. KOBEL, DK　　　　　　)
MAINSTREET, LLC, a Florida limited 　)
liability company, DAVID J.　　　　　)
PERLSTEIN, and MAGNO AERE, LLC, )
a Delaware limited liability company, )
　　　　　　　　　　　　　　　　　)
　　　　　Appellees.　　　　　　　)
_____ )

Opinion filed January 30, 2019.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

Thomas A. Burns of Burns, P.A., Tampa,
and Michael P. Beltran of Beltran
Litigation, P.A., Tampa, for Appellant.

Robert E. Johnson of Gray Robinson,
P.A., Tampa, for Appellees.


PER CURIAM.


　　　　　Affirmed.


NORTHCUTT, VILLANTI, and SALARIO, JJ., Concur.